ND/GA PROB 12B
(Rev. 1/21)

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 0 2 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Robert Alphonso Woods | Docket No: | 1:19-CR-00334-LMM-LTW-3 |
| Judicial Officer: | Honorable Leigh Martin May, United States District Judge | | |
| Date of Original Sentence: | 10/14/2020 | | |
| Original Offense: | Count One: Conspiracy, 18 U.S.C. §1029(b)(2), a Class D felony<br><br>Count 14: Aggravated Identity Theft, 18 U.S.C. §1028A(a)(1) and (2), a Class E felony | | |
| Original Sentence: | Eighteen months custody of the United States Bureau of Prisons, three-years supervised release, $200 special assessment and restitution in the amount of $78,706.61 joint and several. Special Conditions: The defendant shall 1) make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer; 2) not incur new credit charges, or open additional lines of credit without the approval of the probation officer; 3) submit your person, property, house, residence vehicle, papers, computer, other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer; and 4) permit confiscation and/or disposal of any material considered to be contraband or any other item in which may be deemed to have evidentiary value of violations of supervision. | | |
| Type of Supervision: Supervised Release | | Date Supervision Commenced: 01/14/2022 | |

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 14, 2022, Mr. Woods commenced his three-year term of supervised release in the Northern District of Georgia and is scheduled to terminate on January 13, 2025. Mr. Woods has satisfied his DNA requirement and special assessment fee in the amount of $200.00.

Mr. Woods was ordered to pay restitution in the amount of $78,706.61 joint and several. A financial investigation was conducted to determine what amount he could afford to pay monthly. Mr. Woods reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by Mr. Woods, and the expenses were adjusted accordingly. Based on this information, it was determined he will be able to pay $25.00 per month toward restitution.

Mr. Woods resides with his family in Atlanta, Georgia. He is currently unemployed and actively seeking employment. Mr. Woods is supported financially by his family, who agreed to pay his restitution until he secures stable employment.

Mr. Woods was presented with this information and concurred with our assessment, consequently, voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at $25.00 per month commencing on March 1, 2022, and every month thereafter.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT TO:**

To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $25.00 per month, until such time as the Court may alter that payment schedule in the interest of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

_Brandon Harper_ ............................ Date    _Travis B. Smith_    03/01/2022
Brandon C. Harper                                    Travis Smith                        Date
United States Probation Officer                      Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☑ The modifications of conditions as noted above

☐ No Action

☐ Other

_Leigh Martin May_
Honorable Leigh Martin May
U.S. District Court Judge

March 1, 2022
Date